WINSTON & STRAWN LLP
ANNETTE SALAZAR-SHREIBATI (BAR NO. 280769)
MICHAEL P. ROCHE
(*PRO HAC VICE* MOTION FORTHCOMING)
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
ashreibati@winston.com

Attorneys for Defendant
UL LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT
## SOUTHERN DIVISION

| | |
|---|---|
| NINDER CHIMA-JORDAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>UL, LLC aka UNDERWRITERS LABORATORIES and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.<br><br>(Orange County Superior Court Case No.:30-2015-00814582-CU-OE-CJC)<br><br>**DEFENDANT'S NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for UL LLC certifies that following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Ninder Chima-Jordan
2. Defendant UI LLC
3. UL Inc.

Dated: November 23, 2015        **WINSTON & STRAWN LLP**

                               By: /s/ Annette Salazar-Shreibati
                                   Annette Salazar-Shreibati
                                   Attorneys for Defendant
                                   UL LLC

1