**WINSTON & STRAWN LLP**
ANNETTE SALAZAR-SHREIBATI (BAR NO. 280769)
MICHAEL P. ROCHE
(*PRO HAC VICE* MOTION FORTHCOMING)
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
ashreibati@winston.com

Attorneys for Defendant
UL LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT
## SOUTHERN DIVISION

| | |
|---|---|
| NINDER CHIMA-JORDAN,<br><br>Plaintiff,<br><br>vs.<br><br>UL, LLC aka UNDERWRITERS LABORATORIES and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>(Orange County Superior Court Case No.:30-2015-00814582-CU-OE-CJC)<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for UL LLC certifies that Defendant UL LLC is a privately held Limited Liability Company and its sole member is UL INC., a privately held corporation.

Dated: November 23, 2015        **WINSTON & STRAWN LLP**

By: /s/ Annette Salazar-Shreibati
Annette Salazar-Shreibati
Attorneys for Defendant
UL LLC

1